**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Arthur | Ray | Benner |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Northern__ District of __Texas__

Case number
(If known) _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Legacy Concepts, a Nonprofit Co
Creditor's Name
891 Abrams Rd
Number   Street

Richardson    TX   75081
City          State  ZIP Code

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  01/08/2021

Describe the property that secures the claim:
Deed of Trust - 01/08/2021 recorded Doc # 2021-00080, Official Records - Red River Ct

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ____

$ 67,802.08    $ 100,000.00    $ _____

**2.2** Credit Union of Texas
Creditor's Name
6911 N McArthur Blvd
Number   Street

Irving        TX    75039
City          State  ZIP Code

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:
2019 Chevy Pickup
Acct: 20010011028487

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  8  4  8  7

$ 38,649.32    $ 10,000.00    $ _____

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 106,451.40

Official Form 106D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 2

Debtor 1  Arthur                Ray               Benner
         First Name  Middle Name  Last Name                    Case number (if known)_____

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Name:** R.E. Gooding, Attorney at Law
**Number Street:** bobby@goodingtitle.com
228 N Walnut
**City:** Clarksville  **State:** TX  **ZIP Code:** 75426
On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number ___ ___ ___ ___

**2**
**Name:** J. Stephen Walker, Esq.
**Number Street:** swalker@moorefirm.com
100 N Main Street
**City:** Paris  **State:** TX  **ZIP Code:** 75460
On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number ___ ___ ___ ___

**Name:** Joshua A Carpenter, Esq.
**Number Street:** josh@carplawfirm.com
7920 Beltline Road - Suite 1100
**City:** Dallas  **State:** TX  **ZIP Code:** 75254
On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

Official Form 106D   Part 2 of Schedule D: Creditors Who Have Claims Secured by Property   page 2 of 2