**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No. 01344800
860 Airport Freeway, Suite 150
Hurst, Texas 76054
Phone (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 25-44673-ELM-13 |

**ARTHUR RAY BENNER**
**7728 MARBLE CANYON DR**
**FORT WORTH, TX 76137**
**TARRANT-TX**
**SSN / ITIN: XXX-XX-3347**
**AKA ART BENNER**

| | |
|---|---|
| **DEBTOR(S)** | **HEARING: MARCH 5, 2026 AT 8:30 AM** |

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS AT LEAST 30 DAYS FROM THE DATE SERVED. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER SUSTAINING THE OBJECTION.

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Objection to Debtor's Claim of Exemptions under FED. R. BANKR. P. RULE 4003. Trustee would respectfully show the Court:

1. Trustee objects to the Debtor claiming the following property as exempt:

| Asset(s) | Value(s) | Exemption(s) Claimed |
|---|---|---|
| ALL EQUITY IN ALL ASSETS | $125,166.92 | 11 USC 522(B)(3) TX PROP CODE 41 & 42 |

2. Debtor did not claim specific statutory exemptions for any assets. Therefore, all the equity in Debtors' assets is nonexempt.

WHEREFORE, Trustee prays that this Objection to Debtor's Claim of Exemptions be SUSTAINED and for general relief.

Respectfully submitted,

By:  /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Suite 150
Hurst, Texas 76054
(817) 916-4710 Phone

**CERTIFICATE OF CONFERENCE**

    No conference was held prior to the filing of this objection because doing so is impracticable given the number of objections routinely filed by the Trustee.

                                                          By:    /s/ Ethan S. Cartwright
                                                                   Ethan S. Cartwright

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor(s) and the parties listed below, if any.

                                                          By:    /s/ Ethan S. Cartwright
                                                                   Ethan S. Cartwright

ARTHUR RAY BENNER
7728 MARBLE CANYON DR
FORT WORTH, TX 76137