## United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Arthur Ray Benner,<br><br>Debtor.<br><br>Legacy Concepts<br>Movant,<br><br>v.<br><br>Arthur Ray Benner, Debtor, and Pam Bassel, Chapter 13 Trustee,<br>Respondents. | Case No. 25-44673-elm13<br><br>Chapter 13<br><br><br>*A Contested Matter*<br><br>*Preliminary Hearing Date:*<br>*February 11, 2026, at 9:30 a.m.* |

### **DECLARATION IN SUPPORT OF CREDITOR LEGACY CONCEPTS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELIEF FROM THE CODEBTOR STAY REGARDING UNIMPROVED REAL PROPERTY IN CLARKSVILLE, TEXAS**

I, George Hancock, declare under penalty of perjury:

1. My name is George Hancock. I am over the age of eighteen, of sound mind, and fully competent to make this declaration. The facts stated herein are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. I am the Lead Pastor of Christian World Church and an authorized representative of Legacy Concepts ("Legacy"), the Movant in this case. I am familiar with Legacy's books and records relating to the loan and collateral at issue in this matter.

3. On January 8, 2021, Arthur Ray Benner and Tammy Evans-Benner (collectively, the "Borrowers") executed a Real Estate Lien Note in favor of Legacy in the original principal amount of $70,000.00, bearing interest at the rate of 8% per annum (the "Note").

4. The Note is secured by a valid and perfected vendor's lien and deed of trust

---
Declaration in Support of Motion for Relief - Page  1

encumbering approximately 24.01 acres of unimproved real property located in Red River County, Texas, commonly described as 24.01 acres, Peirman, George, No. 672, FM 1159, Clarksville, Texas (the "Property").

5. The Note matured on January 6, 2025. Upon maturity, all unpaid principal, accrued interest, fees, and other charges became immediately due and payable under the terms of the Note.

6. The Borrowers failed to pay the Note at maturity and were in default for several months prior to the filing of this bankruptcy case.

7. Arthur Ray Benner filed the above-captioned Chapter 13 bankruptcy case on December 1, 2025.

8. Legacy has not received any payments on the Note since the filing of the bankruptcy case, including payments due for December 2025 or January 2026.

9. As of December 23, 2025, the total payoff amount owed to Legacy on the Note was $86,930.91. Interest, fees, and costs continue to accrue.

10. Based on appraisal district records, the Property has a market value of approximately $87,134, which slightly exceeds the total amount owed to Legacy.

11. The Debtor's proposed Chapter 13 plan does not provide for payment of any arrearage owed to Legacy and instead proposes that any ongoing payments be made directly to Legacy, despite the fact that the Note fully matured prior to the bankruptcy filing.

12. Tammy Evans-Benner is jointly liable on the Note as a co-maker and received the benefit of the loan proceeds used to acquire the Property.

13. Legacy is not adequately protected. The continued accrual of interest without payment diminishes Legacy's secured position, and the Debtor lacks the financial ability to cure the default or service the fully matured debt.

---
Declaration in Support of Motion for Relief - Page 2

14. Unless relief from the automatic stay and the co-debtor stay is granted, Legacy will continue to suffer harm by being prevented from enforcing its contractual and in rem rights against the Property.

According to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __13__ day of __JANUARY__, 2026.

_____
George Hancock, Authorized Representative
of Legacy Concepts

---

Declaration in Support of Motion for Relief - Page 3