# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Arthur Ray Benner,<br><br>Debtor.<br><br>Legacy Concepts,<br>Movant,<br><br>v.<br><br>Arthur Ray Benner, Debtor, and Pam Bassel,<br>Chapter 13 Trustee,<br>Respondents. | Case No. 25-44673-elm13<br><br>Chapter 13<br><br><br>*A Contested Matter*<br><br>*Preliminary Hearing Date:*<br>*February 11, 2026, at 9:30 a.m.* |

### ORDER GRANTING CREDITOR LEGACY CONCEPTS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FROM THE CODEBTOR STAY

CAME ON FOR CONSIDERATION the Motion for Relief from Automatic Stay and for Relief from the Codebtor Stay Regarding Unimproved Real Property in Clarksville, Texas ("Motion") filed by Legacy Concepts ("Movant") regarding unimproved real property located in Clarksville, Texas ("Premise"). The Court, having reviewed the Motion, the Declaration of George

Hancock, any responses or objections filed, and having considered the arguments of counsel, finds that good cause exists for the relief requested:

It is therefore **ORDERED, ADJUDGED, AND DECREED** that:

1. The automatic stay imposed by 11 U.S.C. § 362(a) is TERMINATED as to Movant for cause under § 362(d)(1) and § 362(d)(2), and Movant is authorized to enforce its lien rights, including foreclosure, with respect to the Property.

2. The codebtor stay imposed by 11 U.S.C. § 1301(a) is TERMINATED as to Tammy Evans-Benner, and Movant may pursue its in rem rights and remedies, including foreclosure, under applicable nonbankruptcy law.

3. Movant may proceed under applicable nonbankruptcy law without further order of this Court.

4. The fourteen-day stay of enforcement provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is WAIVED.

5. Movant is granted such other and further relief to which it may be justly entitled.

    IT IS SO ORDERED.

### END OF ORDER ###

Prepared by:

Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Fax: (817) 524-6686
Attorney for Movant