Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Movant

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

| | |
|---|---|
| In re:<br>Arthur Ray Benner,<br><br>Debtor.<br><br>Legacy Concepts<br>Movant,<br><br>v.<br><br>Arthur Ray Benner, Debtor, and Pam Bassel, Chapter 13 Trustee,<br>Respondents. | Case No. 25-44673-elm13<br><br>Chapter 13<br><br><br>*A Contested Matter*<br><br>*Preliminary Hearing Date:*<br>*February 11, 2026, at 9:30 a.m.* |

## NOTICE OF HEARING

TO ALL PARTIES IN INTEREST:

A preliminary hearing on the Creditor Legacy Concepts' Motion for Relief from Automatic Stay and for Relief from the Codebtor Stay regarding Unimproved Real Property in Clarksville, Texas (Dkt. 27 & 28) has been set for February 11, 2026, at 9:30 a.m. before the Honorable Judge Morris, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102.

**The hearing will be held via WebEx only: https://us-courts.webex.com/meet/morris**

Dial-in (US/Canada): 1-650-479-3207

Access code: 2309 445 3213

A copy of Judge Morris's WebEx Hearing Instructions may be obtained from Judge Morris's hearing/calendar site:

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0**

Respectfully submitted:

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border St., Arlington, Texas 76010
Telephone: (817) 704-3984
Attorney for the Movant

### **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2026, a true and correct copy of the above document shall be served via electronic means, if available, otherwise by regular, first-class mail, to:

*Via CM/ECF to Counsel for Debtor(s)*: James I. Harlan, 4364 Western Center Blvd, Ste 222, Fort Worth, TX 76137

*Via US Mail to Debtor(s)*: Arthur Ray Benner, 7728 Marble Canyon Dr. Fort Worth, TX 76137

*Via US Mail to Codebtor:* Tammy Evans-Benner, 7728 Marble Canyon Dr. Fort Worth, TX 76137

*Via CM/ECF to Chapter 13 Trustee:* Pam Bassel, 860 Airport Freeway, Suite 150, Hurst, TX 76054

*Via CM/ECF to US Trustee*: United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75202

 */s/ Clayton L. Everett*
Clayton L. Everett