Acker Warren, P.C.
Sean Acker
Brandon Warren
Attorneys at Law
2205 W. Division St., Ste A-2
Arlington, TX 76012
(817) 752-9033 Telephone
sean@ackerwarren.com
brandon@ackerwarren.com
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-44673-elm-13 |
| Arthur Ray Benner, | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

## JOINT MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES James Harlan, the present attorney for the Debtor, hereinafter joined by Sean Acker, the proposed attorney for the Debtor, and files this Joint Motion to Substitute Counsel for Arthur RayBenner, , and as such would show the court the following:

I.

Counsel would show the Honorable Court that the Debtor has requested that the Court remove the present attorney of record and that Sean Acker be permitted to substitute as counsel in this cause.

WHEREFORE, PREMISES CONSIDERED, Arthur Ray Benner requests that the Joint Motion to Substitute Counsel be granted.

Respectfully submitted,

/s/ Sean Acker                                                          /s/ James Harlan
Sean Acker                                                                James Harlan
Acker Warren, P.C.                                                   Attorney at Law
SBN 24069273                                                          State Bar # 09010700
PO Box 171327                                                         5760 Legacy Dr. - Ste B2448

Arlington, TX 76003  
817-752-9033  
sean@ackerwarren.com

Plano, TX 75024  
214-514-3134  
jharlan@harlanlaw.com