Acker Warren, P.C.
Sean Acker
Brandon Warren
Attorneys at Law
2205 W. Division St., Ste A-2
Arlington, TX 76012
(817) 752-9033 Telephone
(817) 717-2083 Facsimile
sean@ackerwarren.com
brandon@ackerwarren.com
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | 25-44673-ELM-13 |
| § | | |
| ARTHUR RAY BENNER § | | |
| DEBTOR(S) § | | CHAPTER 13 |

| | | |
|---|---|---|
| § | | |
| LEGACY CONCEPTS § | | Preliminary Hearing:  2/11/2026 |
| MOVANT § | | Time:  9:30 a.m. |
| § | | |
| v. § | | |
| § | | |
| ARTHUR RAY BENNER and § | | |
| PAM BASSEL, TRUSTEE § | | |
| RESPONDENTS § | | |

### RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY LEGACY CONCEPTS

TO THE HONORABLE , UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, ARTHUR RAY BENNER, Debtor in the above styled and numbered cause and files this "Response to Motion for Relief from Automatic Stay" filed on behalf of LEGACY CONCEPTS, hereinafter referred to as ("Movant"), and in support hereof would respectfully show the Court as follows:

1. Debtor admits the allegations set forth in Paragraph 1 of Movant's Motion.

2. Debtor admits the allegations set forth in Paragraph 2 of Movant's Motion.

3. Debtor can neither admit nor deny and therefore denies the allegations set forth in

       Paragraph 3 of Movant's Motion. With respect to exhibits the Court will give each exhibit its proper evidentiary value upon presentation.

4.     Debtor admits the allegations set forth in Paragraph 4 of Movant's Motion.

5.     Debtor can neither admit nor deny and therefore denies the allegations set forth in Paragraph 5 of Movant's Motion.

6.     Debtor admits the allegations set forth in Paragraph 6 of Movant's Motion.

7.     Debtor admits the allegations set forth in Paragraph 7 of Movant's Motion. Debtor would show that prior counsel does not practice bankruptcy. The schedules and plan prepared by prior counsel are inaccurate and the plan as is is not confirmable   Debtor has hired bankruptcy counsel to assist him in correcting his schedules, statements and plan. Debtor will be proposing a Chapter 13 plan that seeks to pay the full balance of the matured note through the Chapter 13 Plan.

8.     Debtor denies the allegations set forth in Paragraph 8 of Movant's Motion.

9.     Debtor admits the allegations set forth in Paragraph 9 of Movant's Motion.

10.     Debtor admits the allegations set forth in Paragraph 10 of Movant's Motion. Debtor would show that prior counsel does not practice bankruptcy. The schedules and plan prepared by prior counsel are inaccurate and the plan, as is, is not confirmable   Debtor has hired bankruptcy counsel to assist him in correcting his schedules, statements and plan. Debtor will be proposing a Chapter 13 plan that seeks to pay the full balance of the matured note through the Chapter 13 Plan.

11.     Debtor denies the allegations contained in Paragraph 11 of Movant's Motion.

12.     Paragraph 12 does not appear to contain a factual allegation to which the Debtor can either admit or deny.   To the extent that a response is sought from the Debtor, Debtor would deny any allegations contained in Paragraph 11 of Movant's Motion.

13.     Debtor denies the allegations set forth in Paragraph 13 of Movant's Motion.   a. By Movant's own admission there is equity in the property according to the payoff and tax appraisal.   Debtor would show that he is currently living with family and has intentions to return to the property in question as his home.   This is the only real property that the Debtor owns.

    WHEREFORE PREMISES CONSIDERED, Debtor prays the Court to deny all relief requested by Movant, and for such other and further relief the Court may deem Debtor justly entitled.

        Respectfully submitted,
        <u>/s/Sean Acker</u>
        Acker Warren, P.C.
        Sean Acker
        SBN: 24069273
        Brandon Warren
        SBN: 24095007
        Attorneys at Law
        2205 W. Division St., Ste A-2
        Arlington, TX 76012
        Tel: (817) 752-9033
        Fax: (817) 717-2083
        sean@ackerwarren.com
        brandon@ackerwarren.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing response was served on the interested parties by electronic means, if available, and if not available, by First Class Mail, postage prepaid on this the 20th day of January, 2026.

        <u>/s/    Sean Acker</u>
        Brandon Warren
        Sean Acker