**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                    CASE NO.: 25-44673-ELM-13

**ARTHUR RAY BENNER**

7728 MARBLE CANYON DR
FORT WORTH, TX 76137
SSN/TIN: XXX-XX-3347

**DEBTOR**

**REPORT OF SECTION 341 MEETING**

**Meeting Information:**            Meeting Date:  January 20, 2026
                                    Original Date:  January 6, 2026

**341 Meeting:**   **ADJOURNED**            **Adjourned Date** 2/3/2026
                                    Adjourned Reason: NEW ATTORNEY

By:      /s/  Ethan Cartwright
            Ethan Cartwright
            Presiding Officer