

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 21, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Arthur Ray Benner | § | Case Number  25-44673-elm-13 |
| | § | |
| Debtor(s) | § | |

ORDER GRANTING MOTION TO WITHDRAW
AND SUBSTITUTE COUNSEL

    On this day, the Court considered the Joint Motion to Withdraw and Substitute Counsel. The Court finds that the Motion is agreed and GRANTS the Joint Motion to Withdraw and Substitute Counsel.

###END OF ORDER###

Acker Warren, P.C.
Sean Acker
2205 W. Division St., Ste A-2
Arlington, TX 76012
817-752-9033