**TEXAS DEPARTMENT OF MOTOR VEHICLES**
**VEHICLE TITLES AND REGISTRATION DIVISION**   **EXHIBIT D**

```
LIC 829M4B APR/2024 OLD # 829M4B DEC/2022 EWT       0 GWT         0
MOTORCYCLE PLT, STKR             REG CLASS  22   $ 53.25 TARRANT CNTY
TITLE 04315444879103152 ISSUED 11/24/2022 ODOMETER 8897 REG DT 05/15/2023
YR:2018 MAK:POLA MODL:T18 BDY STYL:MC VEH CLS:MTRCYCLE   SALE PRC:         $0.00
VIN: 57XAARFA4J8127317 BODY VIN: COLOR: ORANGE/BLACK
PREV TTL: JUR TX TTL # 18430644578123358 ISSUE 01/27/2022
PREV OWN   DAVID KING FORTH WORTH TX
OWNER      LORA LYNN SWAIN,,7728 MARBLE CANYON DR,,FORT WORTH,TX,76137
LIEN       09/09/2022,CREDIT UNION OF TEXAS,,415 CENTURY PKWY,STE 1150,ALLEN,T
           X,75013
PLATE AGE:  3  LAST ACTIVITY 05/20/2023 RENEW  OFC: 220
REMARKS ACTUAL MILEAGE.DATE OF ASSIGNMENT:2022/09/09.PAPER TITLE.FUEL TYPE:
UNKNOWN.
```

**\*TITLE AND REGISTRATION VERIFICATION\***
USER NAME: ▮▮▮▮