UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ARTHUR RAY BENNER | § § § | 25-44673-ELM-13 |
| Debtor(s) | § | |

| | | |
|---|---|---|
| | § | |
| LEGACY CONCEPTS | § § | Preliminary Hearing: 2/11/2026<br>Time: 9:30 a.m. |
| v. | § § | |
| ARTHUR RAY BENNER and<br>PAM BASSEL, TRUSTEE | § § § | |
| RESPONDENTS | § | |

### AFFIDAVIT IN SUPPORT OF DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY FILED ON BEHALF OF LEGACY CONCEPTS

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF TARRANT | § |

BEFORE ME, the undersigned authority, on this day personally appeared ARTHUR RAY BENNER, being under sworn oath, deposed and stated:

1. "My name is ARTHUR RAY BENNER. I am the Debtor in case number 25-44673-ELM-13. I am over the age of twenty-one (21) years, of sound mind, and competent to testify herein. I have personal knowledge of the facts stated herein and they are true and correct to the best of my knowledge and belief."

2. "The property at issue in the instant matter is necessary to my effective reorganization. This is where I live, it is my home. I have an RV out there that belongs to my son that I live in. it is my residence. I have no other place to live or to go."

3. "Movant has been; or will be, afforded adequate protection for the following reasons:

"No repairs are needed to the property and myself and my family maintain and keep the property up, properly mowed and taken care of. I will be proposing a Chapter 13 Plan that seeks to repay the matured note in full over the plan period. I believe that with my income and help that my family has committed to my household budget that I will be able to afford to pay the required plan payments to do so."

4. "I have retained bankruptcy counsel to assist me in preparing a proper petition, schedules, and Chapter 13 Plan."

6. I have equity in the property

7. "This is my own personal knowledge and belief, and if called upon, I could, and would, testify completely hereto. I declare under penalty of perjury that, to the best of my knowledge, the foregoing facts are true and correct."

FURTHER AFFIANT SAYETH NOT.

_____
ARTHUR RAY BENNER

SIGNED AND SWORN TO before me on this the __22nd__ day of January, 2026.

YANNETT VEGA
Notary ID #134096262
My Commission Expires
December 8, 2026

_____
Notary Public, the State of Texas
My Commission Expires: December 8, 2026