UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Arthur Ray Benner, Sr | § | 25-44673-elm-13 |
| | § | |
| Debtor(s) | § | |
| | § | |

**AFFIDAVIT REGARDING OUTSIDE CONTRIBUTIONS TO HOUSEHOLD**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TARRANT | § |

BEFORE ME, the undersigned authority, on this day personally appeared Travis Benner, being under sworn oath, deposed and stated:

1. "My name is Travis Benner. I am the son of the Debtor in case number 25-44673-elm-13. I am over the age of twenty-one (21) years, of sound mind, and competent to testify herein. I have personal knowledge of the facts stated herein and they are true and correct to the best of my knowledge and belief.

2. I will help make up any shortfall in my father's budget to ensure that his plan payments are made and that his monthly living expenses are taken care of. I understand this amount will be at least $1400.00 per month. If circumstances should change I understand the attorney will need to be notified so he in turn can notify the court."

3. "This is my own personal knowledge and belief, and if called upon, I could, and would, testify completely hereto. I declare under penalty of perjury that, to the best of my knowledge, the foregoing facts are true and correct."

FURTHER AFFIANT SAYETH NOT.

_____
TRAVIS BENNER

SIGNED AND SWORN TO before me on this the 28 day of January 20 26.

_____
Notary Public, the State of Texas
My Commission Expires:

LEENOCHKA MATOS
Notary ID #129954780
My Commission Expires
September 14, 2026