PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:     CASE NO: 25-44673-ELM-13

ARTHUR RAY BENNER SR
    7728 MARBLE CANYON DR
    FORT WORTH, TX 76137
    SSN/TIN: XXX-XX-3347

**DEBTOR**     HEARING: MARCH 5, 2026 AT 8:30 AM

## NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THE PLAN SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER CONFIRMING IT.

    If an objection is timely filed and not resolved by the hearing date, this matter will be called at the docket call on the time and date above in ROOM 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us−courts.webex.com/meet/morris

**Attend by WebEx Telephone**:

Dial In: 1.650.479.3207
Meeting ID: 2309-445-3213

    Respectfully submitted,

By:     /s/ Ethan S. Cartwright
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       860 Airport Freeway, Ste 150
       Hurst, TX 76054
       (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

CREDITORS:

ACKER WARREN PC, PO Box 171327, ARLINGTON, TX 76003-0000

Ally Bank, AIS Portfolio Services LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118

CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130

Carpenter AND Associates PC, 7920 Beltline Road Ste 1100, Dallas, TX 75254

COMENITY BANK, PO BOX 182125, COLUMBUS, OH 43218-0000

Concora Credit, PO Box 4477, Beaverton, OR 97076

Credit One Bank, Attn Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193

Credit Union of Texas, 6911 N McArthur Blvd, Irving, TX 75039

CREDIT UNION OF TEXAS, PO BOX 7000, ALLEN, TX 75013-0000

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101

JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-0000

JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 772813, CHICAGO, IL 60677-0000

JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE, LA 71203

Legacy Concepts, c/o George Hancock, 1018 Creekwood Dr, Garland, TX 75044-0000

Legacy Concepts a Nonprofit Organization, 891 Abrams Rd, Richardson, TX 75081

LINEBARGER GOGGAN BLAIR AND SAMPSON, 3500 Maple Ave Ste 800, DALLAS, TX 75219-0000

LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603

MCMC Auto, 1301 E Weatherford St Suite 151, Fort Worth, TX 76102

Midland Credit Management Inc, PO Box 2037, Warren, MI 48090

OFFICE OF THE ATTORNEY GENERAL, FIELD OPERATIONS MAIL CODE 038, PO BOX 12400, AUSTIN, TX 78711

PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000

QUANTUM3 GROUP LLC, PO BOX 788, KIRKLAND, WA 98083

QUANTUM3 GROUP LLC, PO BOX 2489, KIRKLAND, WA 98083

RE Gooding Trustee, 228 N Walnut, Clarksville, TX 75426

RED RIVER CAD, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 Maple Ave Ste 800, DALLAS, TX 75219-0000

RICK D BARNES TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 3500 Maple Ave Ste 800, DALLAS, TX 75219-000(

SYNCHRONY BANK, PO BOX 965060, ***BAD ADDRESS***, ORLANDO, FL 32896-0000***

TEXAS CHILD SUPPORT, DISBURSEMENT UNIT, PO BOX 659791, SAN ANTONIO, TX 78265

Texas Health Resources, By American InfoSource as agent, 4515 N Santa FE Ave, Oklahoma City, OK 73118-0000

Texas Health Resources, by American InfoSource as agent, PO Box 4457, Houston, TX 77210

The Moore Law Firm, J Stephen Walker, 100 N Main Street, Paris, TX 75460

WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A 3RD FLR, DES MOINES, IA 50328-0000

***Address on record invalid for recipient -- no document mailed to this party.