**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: CASE NO.: 25-44673-ELM-13

**ARTHUR RAY BENNER SR**
7728 MARBLE CANYON DR
FORT WORTH, TX 76137
SSN/TIN: XXX-XX-3347

**DEBTOR**

**REPORT OF SECTION 341 MEETING**

**Meeting Information:**     Meeting Date: February 3, 2026
                                       Original Date: January 6, 2026

**341 Meeting:**    **CONCLUDED**

By:    /s/ Ethan Cartwright
           Ethan Cartwright
           Presiding Officer