Movant's Exhibit B

**Amount Owed Summary**

| Description | Rate / Calculation | Amount |
|---|---|---|
| Principal Balance | | $68,998.59 |
| Accrued Interest | 8% | $16,072.56 |
| Daily Interest (Aug 1, 2025 – Dec 1, 2025) | 123 days × $15.12 per day | $1,859.76 |
| Total Amount Owed | | $86,930.91 |