# REAL ESTATE LIEN NOTE

Date:    January 8, 2021

Maker:    Arthur Benner and wife, Tammy Evans- Benner

Maker's Mailing Address (including county):

    6533 Amundson Rd.
    North Richland Hills, Tarrant County, TX 76182

Payee:    **Legacy Concepts, a Texas nonprofit corporation**

Place for Payment (including county):

    1018 Creekwood Dr.
    Garland, Rockwall County, TX75044

Principal Amount:    **Seventy Thousand and 00/100 Dollars ($70,000.00)**

Annual Interest Rate on Unpaid Principal from Date:    8%

Annual Interest Rate on Matured, Unpaid Amounts:    **Maximum rate allowed by law but if there is no maximum rate allowed by law then 18% per annum**

Terms of Payment (Principal and interest):

**Principal and interest shall be due and payable in 48 equal monthly installments in the amount of Five Hundred Thirteen and 64/100 Dollars ($513.64) each, to include both principal and interest, with the first of such installments being due and payable on or before February 1, 2021, and a like and similar installment being due and payable on or before the 1st day of each and every succeeding month thereafter until the expiration of four (4) years from date hereof, when the entire amount hereof, principal and interest then remaining unpaid, shall be then due and payable in full;**

**Installments on this note shall be computed based on a 30 year amortization schedule, although the unpaid principal and accrued interest shall mature at the expiration of 4 years.**

    The Maker hereof reserves the right to prepay this Note in any manner at any time without penalty. Prepayment shall be applied toward the payment of the installments of principal last maturing hereon, but interest shall immediately cease upon amounts of principal prepaid hereon.

Security for Payment:

    Vendor's Lien retained in favor of Legacy Concepts, a Texas nonprofit corporation in Deed from Legacy Concepts, a Texas nonprofit corporation to Arthur Benner and wife, Tammy Evans- Benner, of even date herewith, and Deed of Trust executed by Arthur Benner and wife, Tammy Evans- Benner to a Trustee for the benefit of Legacy Concepts, a Texas nonprofit corporation, of even date herewith, describing property situated in Red River County, Texas, and being 24.01 Acres, Peirman, George, No. 672, Red River County.

    Maker promises to pay to the order of Payee at the place for payment and according to the terms of payment the principal amount plus interest at the rates stated above. All unpaid amounts shall be due by the final scheduled payment date.

    If Maker defaults in the payment of this note or in the performance of any obligation in any instrument securing or collateral to it, and the default continues after Payee gives Maker notice of the default and the time within which it must be cured as may be required by law or by written agreement, then Payee may declare the unpaid principal balance and earned interest on this note immediately due. Maker and each surety, endorser, and

Case 25-44673-elm13  Claim 58-1 Part 4  Filed 02/24/26  Entered 02/24/26 15:07:05  Desc
Exhibit Real Estate Lien Note    Page 2 of 2

Case 25-44673-elm13  Doc 56  Filed 02/24/26  Entered 02/24/26 15:07:05  Desc
Exhibit Page 2 of 2

Movant's Exhibit D

guarantor waive all demands for payment, presentations for payment, notices of intention to accelerate maturity, notices of acceleration of maturity, protests, and notices of protest, to the extent permitted by law.

If this note or any instrument securing or collateral to it is given to an attorney for collection or enforcement, or if suit is brought for collection or enforcement, or if it is collected or enforced through probate, bankruptcy, or other judicial proceeding, then Maker shall pay Payee all costs of collection and enforcement, including reasonable attorney's fees and court costs, in addition to other amounts due. Reasonable attorney's fees shall be 10% of all amounts due unless either party pleads otherwise.

Interest on the debt evidenced by this note shall not exceed the maximum amount of nonusurious interest that may be contracted for, taken, reserved, charged, or received under law; any interest in excess of that maximum amount shall be credited on the principal of the debt or, if that has been paid, refunded. On any acceleration or required or permitted prepayment, any such excess shall be canceled automatically as of the acceleration or prepayment or, if already paid, credited on the principal of the debt or, if the principal of the debt has been paid, refunded. This provision overrides other provisions in this and all other instruments concerning the debt.

Each Maker is responsible for all obligations represented by this note.

When the context requires, singular nouns and pronouns include the plural.

THIS DOCUMENT, TOGETHER WITH OTHER DOCUMENTS EXECUTED SIMULTANEOUSLY HEREBY, REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.

THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

Late Fee: If payment is 10 days late a fee of 5.00% of payment will be due.

_____
Arthur Benner

_____
Tammy Evans Benner

PREPARED IN THE LAW OFFICE OF:
GOODING & GOODING
Attorneys at Law
228 North Walnut
Clarksville, Texas