Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Creditor Legacy Concepts

# United States Bankruptcy Court

Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Arthur Ray Benner,<br><br>Debtor.<br><br><br>Legacy Concepts,<br>Movant,<br><br>v.<br><br>Arthur Ray Benner, Debtor, and Pam Bassel,<br>Chapter 13 Trustee,<br>Respondents. | Case No. 25-44673-elm13<br><br>Chapter 13<br><br><br><br>A Contested Matter<br><br>Final Hearing:<br>*February 25, 2026, at 1:30 p.m.* |

## **LEGACY CONCEPTS'S AMENDED WITNESS AND EXHIBIT LIST**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Legacy Concepts ("Movant"), in the above-captioned case and files this Amended Witness and Exhibit List for the hearing set in connection to *Creditor Legacy Concepts' Motion for Relief from the Automatic Stay Regarding Unimproved Real Property in Clarksville, Texas* ("Motion") [Dkt. 27].

WITNESSES:

1. Marcus Kujawa, Legacy Concepts' representative;

2. George Hancock, Legacy Concepts' representative; and

3. Any witness on any other parties' witness list.

EXHIBITS:

| EX. | DESCRIPTION | ADMITTED: Y / N |
|---|---|---|
| A. | Legacy Concepts ("LC") Claim 8-1 | |
| B. | Claim 8-1, Part 2 – Amount Owed Summary | |
| C. | Claim 8-1, Part 3 – Deed of Trust | |
| D. | Claim 8-1, Part 4 – Real Estate Lien Note | |

The Movant reserves the right to use any exhibit introduced into evidence by any other party, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to the hearing.

DATED: February 25, 2026.                Respectfully submitted:

By: ___/s/ Clayton L. Everett_____
Clayton L. Everett | State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.; Arlington, Texas 76010
Telephone: (817)704-3984
Attorney for the Movant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2026, a true and correct copy of the above list shall be served via electronic means, if available, otherwise by regular, first-class mail, to:

*Via CM/ECF and via Email to Counsel for Debtor(s)*: Sean Acker, Acker Warren, P.C., P.O. Box 171327, Arlington, TX 76003; sean@ackerwarren.com

*Via CM/ECF to Chapter 13 Trustee:* Pam Bassel, 860 Airport Freeway, Suite 150, Hurst, TX 76054

*Via CM/ECF to US Trustee*: United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75202

                            */s/ Clayton L. Everett*_____
                            Clayton L. Everett