Acker Warren, P.C.
Sean Acker
Brandon Warren
Attorneys at Law
2205 W. Division St., Ste A-2
Arlington, TX 76012
(817) 752-9033 Telephone
(817) 717-2083 Facsimile
sean@ackerwarren.com
brandon@ackerwarren.com
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-44673-elm-13 |
| ARTHUR RAY BENNER, SR | § | |
| DEBTOR | § | |

## DEBTOR'S WITNESS AND EXHIBIT LIST

TO THE HONORABLE HONORABLE EDWARD MORRIS, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, ARTHUR RAY BENNER, SR, Debtor(s) in the above styled and numbered cause, who file(s) this Witness and Exhibit List, designating the witnesses and exhibits he/she intends to offer at the hearing.

Witnesses are as follows:

1. Any individual called as a witness by opposing side.
2. Aurther Ray Benner

Exhibits are as follows:

1. All documents on file in this proceeding;

Respectfully submitted,
/s/Sean Acker
Acker Warren, P.C.
Sean Acker

SBN: 24069273
Brandon Warren
SBN: 24095007
Attorneys at Law
2205 W. Division St., Ste A-2
Arlington, TX 76012
Tel: (817) 752-9033
Fax: (817) 717-2083
sean@ackerwarren.com
brandon@ackerwarren.com

CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically.  Service was accomplished electronically and/or first class mail to the parties indicated below.

/s/   Sean Acker
SEAN ACKER
BRANDON WARREN