BTXN 176 (rev. 12/24)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Arthur Ray Benner Sr § Case No.: 25−44673−elm13
 § Chapter No.: 13
 Debtor(s) §

# NOTICE OF REQUIREMENT TO FILE A CERTIFICATE OF COMPLETION FOR COURSE IN PERSONAL FINANCIAL MANAGEMENT

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 13 (11 USC § 1328). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must file a certificate of course completion issued by the provider, as described in 11 U.S.C. § 111.*

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that a certificate of course completion issued by the provider must be filed before a discharge can be entered. The certificate of course completion must be filed no later than the date when the last payment was made by the debtor as required by the plan or the filing of a motion for a discharge under § 1328(b) of the Code.

Failure to file the certificate of course completion will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the certificate of course completion, the debtor(s) must pay the full reopening fee due for filing the motion.

DATED: 2/23/26                FOR THE COURT:
                              Stephen J Manz, Clerk of Court

*NOTE: A certificate of course completion issued by the provider must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 25-44673-elm

Arthur Ray Benner Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4      User: admin      Page 1 of 2

Date Rcvd: Feb 24, 2026      Form ID: BTXN176      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Arthur Ray Benner, Sr, 7728 Marble Canyon Dr, Fort Worth, TX 76137-4156 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Camille Stecker | |
| | on behalf of Creditor RED RIVER CAD Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com |
| Clayton Everett | |
| | on behalf of Creditor Legacy Concepts clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| H. Dustin Fillmore, IV | |
| | on behalf of Creditor Credit Union of Texas hdf@mcdonaldlaw.com |
| Pam Bassel | |
| | fwch13cmecf@fwch13.com |
| Pam Bassel | |
| | on behalf of Trustee Pam Bassel fwch13cmecf@fwch13.com |

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 24, 2026 | Form ID: BTXN176 | Total Noticed: 1 |

Sean P. Acker  on behalf of Debtor Arthur Ray Benner Sr sean@ackerwarren.com, ecf@ackerwarren.com;brandon@ackerwarren.com;AckerWarren@jubileebk.net

United States Trustee  ustpregion06.da.ecf@usdoj.gov

TOTAL: 7