**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 25-44673-ELM-13 |
| **ARTHUR RAY BENNER SR** | |
|    AKA: ART BENNER | |
|    7728 MARBLE CANYON DR | |
|    FORT WORTH, TX 76137 | |
|    SSN/TIN: XXX-XX-3347 | |

**DEBTOR**

### NOTICE OF WITHDRAWAL

Pam Bassel Standing Chapter 13 Trustee hereby WITHDRAWS the TRUSTEE"S OBJECTION TO DEBTOR(S) CLAIM OF EXEMPTIONS Docket Entry No. 25 filed on or about January 13, 2026.

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       860 Airport Freeway, Ste 150
       Hurst, TX 76054
       (817) 916-4710 Phone

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright