Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

000066 - 001329

MIKE CARLSON MOTOR CO
264 EXCHANGE ST
BURLESON, TX 76028-4575



008759

▼ DETACH HERE ▼

# TEXAS CERTIFICATE OF TITLE


TxDMV

TEXAS DEPARTMENT OF MOTOR VEHICLES

**170 277 899**

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 5TDKZ3DC3HS837273 | 2017 | TOYT | VN |

| | | | TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|---|---|---|
| MODEL | MFG. CAPACITY IN TONS | WEIGHT | 22044745018250024 | 04/12/2023 |
| SIE | | 4400 | LICENSE NUMBER | |

PREVIOUS OWNER
MCMC AUTO LTD FORT WORTH TX

ODOMETER READING
139024

OWNER
ARTHUR BENNER
LORA SWAIN
7728 MARBLE CANYON DR
FORT WORTH, TX 76137

REMARK(S)
ACTUAL MILEAGE

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

| DATE OF LIEN | 1ST LIENHOLDER | 1ST LIEN RELEASED ___ DATE |
|---|---|---|
| 02/04/2023 | MIKE CARLSON MOTOR CO 264 EXCHANGE STREET BURLESON, TX 76028 | BY ___ AUTHORIZED AGENT |
| DATE OF LIEN | 2ND LIENHOLDER | 2ND LIEN RELEASED ___ DATE |
| | | BY ___ AUTHORIZED AGENT |
| DATE OF LIEN | 3RD LIENHOLDER | 3RD LIEN RELEASED ___ DATE |
| | | BY ___ AUTHORIZED AGENT |

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE ___ DATE
SIGNATURE ___ DATE
SIGNATURE ___ DATE

FORM 30-C REV. 05/2016     DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.