Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR MCMC AUTO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ARTHUR BENNER, SR., | § | CASE NO. 25-44673-ELM-13 |
| DEBTOR, | § | |
| | § | |
| MCMC AUTO, | § | |
| MOVANT, | § | |
| | § | |
| VS. | § | |
| | § | A Hearing on the Motion for Relief from |
| ARTHUR BENNER, SR. | § | the Automatic Stay and Motion to |
| AND LORA SWAIN | § | Terminated Co-Debtor Stay set: |
| RESPONDENTS. | § | **APRIL 8, 2026 AT 9:30 AM** |

<u>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR, IN THE
ALTERNATIVE, REQUEST FOR ADEQUATE PROTECTION AND
MOTION TO TERMINATE CO-DEBTOR STAY**</u>

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, MCMC Auto ("MCMC"), complaining of Arthur Benner, Sr. ("Debtor") and Lora Swain ("Co-Debtor") and for cause of action would respectfully show the Court as follows:

1.      This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157 and 11 U.S.C. §§ 362 and 1301.  This is a core proceeding.

2.      MCMC is a corporation doing business in Texas.  Debtor may be served at 7728 Marble Canyon Drive, Fort Worth, TX 76137.  Co-Debtor may also be served at 7728 Marble Canyon Drive, Fort Worth, TX 76137.

3.      Debtor filed a petition pursuant to Chapter 13 of Title 11 on or about December 1, 2025.  An Order for Relief was subsequently entered.

4.      MCMC is a secured creditor of the above-referenced Debtor by virtue of a purchase money security interest in a 2017 Toyota Sienna, Vehicle Identification Number 5TDKZ3DC3HS837273 (the "Collateral").

5.    Pursuant to the confirmed Chapter 13 Plan, Debtor is surrendering his interest in the Collateral.

6.    As of March 6, 2026, MCMC was owed the net contractual balance of $9,453.28 with regard to the Collateral.

7.    But for the automatic stay, MCMC could and would foreclose its lien on the collateral in which it holds a security interest.

8.    MCMC does not have and Debtor is not able to offer adequate protection of MCMC's interest in the collateral securing MCMC's debt.

9.    Per Debtor's Schedules, Debtor has no equity in the Collateral

10.    The Collateral is not necessary to an effective reorganization.

11.    Cause exists to terminate the automatic stay because of Debtor's intention to surrender the Collateral.

12.    Further cause may exist to terminate the automatic stay if the Collateral is not properly insured.  MCMC does not have proof of current insurance showing MCMC as loss payee.

13.    The co-debtor stay imposed by 11 U.S.C. § 1301 should be terminated because the Debtor is not current on the payments due to MCMC pursuant to the Chapter 13 Plan, the Co-Debtor may have received consideration for the claim and MCMC's interest would be irreparably harmed by continuation of the co-debtor stay.

14.    Because the Collateral described herein depreciates and may not be insured, any Order either terminating or conditioning the automatic stay should be effective immediately and there should be no stay of the Order for fourteen days after the entry of the Order.

WHEREFORE, PREMISES CONSIDERED, MCMC Auto prays for:

1.    An Order of this Court granting MCMC relief from the automatic stay imposed pursuant to 11 U.S.C. § 362 and relief from the Co-Debtor stay imposed pursuant to 11 U.S.C. § 1301;

2.    An Order of this Court authorizing MCMC to exercise its state law rights with regard to the Collateral;

3.    An Order of this Court finding that any Order entered with regard to this Motion should be effective immediately upon its entry and should not be stayed for fourteen days following the entry of said Order; and

4.    For such other and further relief, both general and specific, to which MCMC may show itself justly entitled.

Respectfully submitted,

/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR MCMC AUTO

## NOTICE REGARDING REQUIRED ANSWER

**PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST., FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS OF MARCH 30, 2026, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

## CERTIFICATE OF CONFERENCE

I, the undersigned, hereby certify that prior to the filing of this Motion, I did the following:
My office contacted Debtor's attorney regarding opposition to the Motion and as of the filing of this Motion, a response has not been received.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion for Relief from the Automatic Stay or, in the Alternative, Request for Adequate Protection and Motion to Terminate the Co-Debtor Stay was served by FIRST CLASS MAIL, POSTAGE PREPAID on:

Arthur Benner, Sr.
7728 Marble Canyon Drive
Fort Worth, TX 76137

Lora Swain
7728 Marble Canyon Drive
Fort Worth, TX 76137

and by ELECTRONIC FILING on:

Sean Acker
P.O. Box 171327
Arlington, TX 76003

Pam Bassel
860 Airport Frwy., Suite 150
Hurst, TX 76054

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, Texas  75242

on March 16, 2026.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

## SUMMARY OF EXHIBITS

1.    Motor Vehicle Retail Installment Sales Contract dated April 4, 2023 on a 2017 Toyota Sienna, Vehicle Identification Number 5TDKZ3DC3HS837273

2.    Certificate of Title on a 2017 Toyota Sienna, Vehicle Identification Number 5TDKZ3DC3HS837273

3.    Affidavit of R. Lloyd

*Copies of Exhibits are available by written request to:

Kim Raudry
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
kraudry@wilcoxlaw.net

8368-00053-630757