**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

**IN RE:**                                                                                      **CASE NO.: 25-44673-ELM-13**

**ARTHUR RAY BENNER SR**
**7728 MARBLE CANYON DR**
**FORT WORTH, TX 76137**
**SSN/TIN: XXX-XX-3347**
**AKA: ART BENNER**

**DEBTOR**                                                                    **HEARING: MAY  7, 2026 AT 8:30 AM**

### NOTICE OF OBJECTION TO CLAIM

The Chapter 13 Trustee has filed an objection to your claim in this bankruptcy case.  **Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**  If you do not want the court to eliminate or change your claim, then on or before 30 days from the date of service hereof, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at: ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643. If you mail your response to the court for filing, you must mail it early enough so that the court will receive it by your response deadline;

2. You must also send a copy to: Pam Bassel Standing Chapter 13 Trustee 860 Airport Freeway, Ste 150, Hurst, TX, 76054 and any other party entitled to notice under the Federal Rules of Bankruptcy Procedure; and

3. Attend the hearing on the objection scheduled to be held on 5/7/2026 at 8:30 AM.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:                                                                                          CASE NO.: 25-44673-ELM-13

**ARTHUR RAY BENNER SR
7728 MARBLE CANYON DR
FORT WORTH, TX 76137
SSN/TIN: XXX-XX-3347
AKA: ART BENNER**

**DEBTOR**                                                                    **HEARING: MAY 7, 2026 AT 8:30 AM**

<u>**TRUSTEE'S OBJECTION TO PROOF OF CLAIM**</u>

NO HEARING WILL BE CONDUCTED ON THIS OBJECTION TO CLAIM UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS AT LEAST 30 DAYS FROM THE DATE OF SERVICE HEREOF.  IF A RESPONSE IS TIMELY FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY.  IF NO RESPONSE IS TIMELY FILED, THE OBJECTION SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER SUSTAINING IT.

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this  Trustee's Objection to the Proof of Claim filed by BRICKHOUSE OPCO I LLC ("Creditor") (Claim No.12).  Trustee would respectfully show the Court as follows:

1.  The Trustee files this Objection pursuant to 11 U.S.C. §502(b)(1) and FED. R. BANKR. P. 3002 and 3007.

2.  Creditor filed a  Proof of Claim No. 12 ("Claim") on March 16, 2026 in the amount of $1,177.26.

3.  The Non-Governmental Claims Bar Date is February 09, 2026. The Governmental Claims Bar Date is June 01, 2026.

4.  Claim No. 12 is a late-filed claim and should be disallowed.

WHEREFORE, Trustee prays that the Court DISALLOW Creditor's Claim and for general relief.

Respectfully Submitted,

By:     /s/ Ethan S. Cartwright
          Ethan S. Cartwright, Staff Attorney
          Bar No. 24068273
          PAM BASSEL STANDING CHAPTER 13 TRUSTEE
          Bar No. 01344800
          860 Airport Freeway, Ste 150
          Hurst, TX 76054
          (817) 916-4710 Phone

## CERTIFICATE OF CONFERENCE

No conference was held prior to the filing of this objection because doing so is impracticable given the number of objections routinely filed by the Trustee.

By:     /s/ Ethan S. Cartwright
Ethan S. Cartwright

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:     /s/ Ethan S. Cartwright
Ethan S. Cartwright

**CREDITOR**
BRICKHOUSE OPCO I LLC
4053 MAPLE RD STE 122
AMHERST, NY 14226-1422
*Sent Via First Class Mail*

TRUSTEE'S OBJECTION TO CLAIM

**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                              **CASE NO.: 25-44673-ELM-13**

**ARTHUR RAY BENNER SR**
**7728 MARBLE CANYON DR**
**FORT WORTH, TX 76137**
**SSN/TIN: XXX-XX-3347**
**AKA: ART BENNER**

**DEBTOR**                                                    **HEARING: MAY  7, 2026 AT 8:30 AM**

### NOTICE OF HEARING ON OBJECTION TO PROOF OF CLAIM

NO HEARING WILL CONDUCTED ON THIS OBJECTION TO CLAIM UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS AT LEAST 30 DAYS FROM THE DATE OF SERVICE.  IF NO RESPONSE IS TIMELY FILED, THE OBJECTION SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER SUSTAINING IT.

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX  76102-3643 with a hearing following docket call.

**Attend by WebEx Video:**

Link: https://us−courts.webex.com/meet/morris

**Attend by WebEx Telephone:**

Dial In: 1.650.479.3207
Meeting ID: 2309-445-3213

Respectfully Submitted,

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright

**<u>CREDITOR</u>**
BRICKHOUSE OPCO I LLC
4053 MAPLE RD STE 122
AMHERST, NY 14226-1422
***Sent Via First Class Mail***

TRUSTEE'S OBJECTION TO CLAIM