UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                              §
                                    §      25-44673-ELM-13
ARTHUR RAY BENNER, SR               §
                                    §      CHAPTER 13
          Debtor(s)                 §

### CERTIFICATE FOR DOMESTIC SUPPORT OBLIGATION

1. "My name is ARTHUR RAY BENNER, SR. I am the Debtor in case number 25-44673-ELM-13.

2. I hereby certify that I am current on my domestic support obligations since I filed my Bankruptcy Case on

_____
ARTHUR RAY BENNER, SR

Sworn to before me on this the __31__ day of ___March___, 20_26_.

_____
Notary Public in and for the State
of Texas

NATHAN JACKSON
Notary Public
STATE OF TEXAS
My Comm Exp. 08-12-26
Notary ID # 12575457-5

Commission Expires: _08/12/26_