12/11/2025
**TEXAS DEPARTMENT OF MOTOR VEHICLES**
**VEHICLE TITLES AND REGISTRATION DIVISION**    **EXHIBIT B**

LIC 1XZPC  AUG/2026 OLD # 9NCLN  JAN/2024 EWT  5200 GWT   6200
DISABLED PERSON PLT, STKR            REG CLASS  35  $ 80.00 TARRANT CNTY
TITLE 05744744997095843 ISSUED 03/22/2023 ODOMETER 11 REG DT 09/15/2025
YR:2019 MAK:CHEV MODL:SIL BDY STYL:PK VEH CLS:TRK<=1     SALE PRC:   $55451.00
VIN: 1GCPYFED1KZ299972 BODY VIN: COLOR: RED
PREV TTL: JUR TX TTL # 28695344690006216 ISSUE 05/12/2022
PREV OWN  ARTHUR RAY BENNER,N RICHLAND,TX
OWNER     ARTHUR RAY BENNER,,7728 MARBLE CANYON DR,,FT WORTH,TX,76137
LIEN      05/09/2022,CREDIT UNION OF TEXAS,,415 CENTURY PKWY,,ALLEN,TX,75013
PLATE AGE:  0  LAST ACTIVITY 09/20/2025 RENEW  OFC: 220
REMARKS ACTUAL MILEAGE.DATE OF ASSIGNMENT:2019/08/10.E-REMINDER.E-TITLE.FUEL
 TYPE: GAS.


                  *TITLE AND REGISTRATION VERIFICATION*
                       USER NAME: ██████