Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, Texas 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR MCMC AUTO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ARTHUR BENNER, SR., | § | CASE NO. 25-44673-ELM-13 |
| DEBTOR, | § | |
| | § | |
| MCMC AUTO, | § | |
| MOVANT, | § | |
| | § | |
| VS. | § | |
| | § | A Hearing on the Motion for Relief from |
| ARTHUR BENNER, SR. | § | the Automatic Stay and Motion to |
| AND LORA SWAIN | § | Terminated Co-Debtor Stay set: |
| RESPONDENTS. | § | **APRIL 8, 2026 AT 9:30 AM** |

## CERTIFICATE OF NON-OBJECTION

I, the undersigned, hereby certify that on April 7, 2026, I reviewed my file and checked the docket in this case through PACER and that no objections or responses were filed to the Motion for Relief from the Automatic Stay filed by MCMC Auto and that the time to file a response or objection has expired.

DATED on April 9, 2026.

Respectfully submitted,

/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, Texas 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR MCMC AUTO

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Certificate of Non-Objection was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

Arthur Benner, Sr.
7728 Marble Canyon Drive
Fort Worth, TX 76137

Lora Swain
7728 Marble Canyon Drive
Fort Worth, TX 76137

and ELECTRONICALLY FILED on:

Sean Acker
P.O. Box 171327
Arlington, TX 76003

Pam Bassel
860 Airport Frwy., Suite 150
Hurst, TX 76054

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, Texas  75242

Dated on April 9, 2026.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

8368-000533-633123