

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 13, 2026**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ARTHUR BENNER, SR., | § | CASE NO. 25-44673-ELM-13 |
| DEBTOR, | § | |
| | § | |
| MCMC AUTO, | § | |
| MOVANT, | § | |
| | § | |
| VS. | § | |
| | § | |
| ARTHUR BENNER, SR. | § | |
| AND LORA SWAIN | § | |
| RESPONDENTS. | § | |

**ORDER MODIFYING THE AUTOMATIC STAY
AND CO-DEBTOR STAY
(resolves docket numbers: 67, 68 & 69)**

There came on for consideration before this Court the Motion for Relief from the

Automatic Stay or, in the Alternative, Request for Adequate Protection and Motion to Terminate

the Co-Debtor Stay ("Motion") filed by MCMC Auto ("Creditor") complaining of Arthur

Benner, Sr. ("Debtor") and Lora Swain ("Co-Debtor"). Debtor, although served individually

and through Debtor's attorney of record with a copy of the Motion, failed to respond. Co-Debtor,

although served with a copy of the Motion, failed to respond. The Trustee, although served with a copy of the Motion, failed to respond.  Therefore, the Court finds cause to grant the requested relief as unopposed.

IT IS THEREFORE ORDERED that the automatic stay imposed pursuant to 11 U.S.C. §362 is modified to allow Creditor to exercise its state law rights with regard to the 2017 Toyota Sienna, Vehicle Identification Number 5TDKZ3DC3HS837273 (the "Collateral").

IT IS FURTHER ORDERED that the co-debtor stay imposed pursuant to 11 U.S.C.§ 1301 is modified to allow Creditor to exercise its state law rights against Co-Debtor in regard to the Collateral.

IT IS FURTHER ORDERED that this Order is effective immediately and is not stayed for fourteen days following the entry of this Order.

IT IS SO ORDERED.

### End of Order ###

8368-00053-633123