**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                   **CASE NO.: 25-44673-ELM-13**

**ARTHUR RAY BENNER SR**
**7728 MARBLE CANYON DR**
**FORT WORTH, TX 76137**
**SSN/TIN: XXX-XX-3347**
**AKA: ART BENNER**

**DEBTOR**

### CERTIFICATE OF NO OBJECTIONS

For the document to which this Certificate is linked on the official Court Electronic Document Filing System, no objections or responses have been timely served upon the Trustee.

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice, and by first class mail on the  Debtor  and the parties listed below, if any.

By:   /s/ Ethan S. Cartwright
Ethan S. Cartwright