PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**                                                                          **CASE NO.: 25-44673-ELM-13**

**ARTHUR RAY BENNER SR**
**7728 MARBLE CANYON DR**
**FORT WORTH, TX 76137**
**SSN/TIN: XXX-XX-3347**
**AKA: ART BENNER**

**DEBTOR**                                                               **HEARING: JUNE  4, 2026 AT 8:30 AM**

### TRUSTEE'S  NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL IN FOURTEEN DAYS

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 14 DAYS FROM THE DATE OF SERVICE. IF NO RESPONSE IS TIMELY FILED, THE NOTICE SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING IT.

After fourteen days from 4/28/2026, Trustee will certify this case for dismissal because Debtor did not timely:

- serve a plan on all scheduled creditors.

FAILURE TO CURE THE DEFICIENCY SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.

### NOTICE OF HEARING

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

**Attend by WebEx Video**:                                  **Attend by WebEx Telephone**:

Link: https://us−courts.webex.com/meet/morris          Dial In: 1.650.479.3207
                                                                               Meeting ID: 2309-445-3213

Respectfully submitted,

By:      /s/ Ethan S. Cartwright
         Ethan S. Cartwright, Staff Attorney
         Bar No. 24068273
         PAM BASSEL STANDING CHAPTER 13 TRUSTEE
         Bar No. 01344800
         860 Airport Freeway, Ste 150
         Hurst, TX 76054
         (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:    /s/ Ethan S. Cartwright
         Ethan S. Cartwright

ARTHUR RAY BENNER SR
7728 MARBLE CANYON DR
FORT WORTH, TX  76137