

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 29, 2026**

_____
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                           CASE NO.:  **25-44673-ELM-13**

**ARTHUR RAY BENNER SR**
　　AKA: ART BENNER
　　7728 MARBLE CANYON DR
　　FORT WORTH, TX 76137
　　SSN/TIN: XXX-XX-3347

**DEBTOR**

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM

　　CAME ON for consideration the Trustee's Objection to Proof of Claim Court Claim No. 12.  The Court FINDS that notice was appropriate under the circumstances.  The Court is of the opinion that the Objection should be SUSTAINED based on:

the Party's failure to file a timely response.

IT IS THEREFORE ORDERED that Court Claim No. 12 of BRICKHOUSE OPCO I LLC is DISALLOWED.

###END OF ORDER###