**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                                              CASE NO.: 25-44673-ELM-13

**ARTHUR RAY BENNER SR**
**7728 MARBLE CANYON DR**
**FORT WORTH, TX 76137**
**SSN/TIN: XXX-XX-3347**
**AKA: ART BENNER**

**DEBTOR**                                                                    HEARING: JUNE  4, 2026 AT  8:30 AM

### TRUSTEE'S AMENDED OBJECTION TO CONFIRMATION

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Amended Objection to Confirmation. Trustee would respectfully show the Court:

In addition to the grounds alleged in the previous objection, which are incorporated herein by reference, the Trustee objects to confirmation for the following reason(s):

The Plan Base or Plan Payments are insufficient to pay administrative claims, secured claims, priority claims, or the unsecured creditors' pool.

The Plan fails the best interests of creditors test of  Section 1325(a)(4). Debtor has equity in non-exempt property as follows:

CLAIM AGAINST LEGACY CONCEPTS UKNOWN VALUE

The total equity in non-exempt property is unknown but the Plan provides for equity in non-exempt property of $6,118.00.

The Plan fails  the best interests of creditors test of  Section 1325(a)(4) because Debtor may have non-exempt property with a value which has not yet been determined or disclosed.

The following creditors were not listed on a Certificate of Service filed with the Plan and/or Authorization for Adequate Protection Disbursements:

ALLY BANK 4515 SANTA FE AVE DEPT APS OKLAHOMA CITY OK 73118
LEGACY CONCEPTS 1018 CREEKWOOD DR GARLAND TX 75044
WILCOX LAW PPLC PO BOX 201849 ARLINGTON TX 76006

WHEREFORE, Trustee prays that confirmation be DENIED and for general relief.

Respectfully submitted,

By:     /s/ Ethan S. Cartwright
        Ethan S. Cartwright, Staff Attorney
        Bar No. 24068273
        PAM BASSEL STANDING CHAPTER 13 TRUSTEE
        Bar No. 01344800
        860 Airport Freeway, Ste 150
        Hurst, TX 76054
        (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:   /s/ Ethan S. Cartwright
Ethan S. Cartwright

ARTHUR RAY BENNER SR
7728 MARBLE CANYON DR
FORT WORTH, TX 76137