

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 22, 2026**

_____

**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**

**CASE NO.: 25-44673-ELM-13**

**ARTHUR RAY BENNER SR**
**7728 MARBLE CANYON DR**
**FORT WORTH, TX 76137**
**SSN/TIN: XXX-XX-3347**
**AKA: ART BENNER**

**DEBTOR**

### ORDER GRANTING TRUSTEE'S NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL

CAME ON for consideration TRUSTEE'S NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL FOR FAILURE TO:

- serve a plan on all scheduled creditors.

The Court FINDS notice was appropriate under the circumstances. The Court is of the opinion that the Motion should be GRANTED based on:

the Party's failure to file a timely response.

IT IS THEREFORE ORDERED that TRUSTEE'S NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL is GRANTED.

IT IS FURTHER ORDERED that this case is DISMISSED without prejudice under the Standing Order Concerning All Chapter 13 Cases.

IT IS FURTHER ORDERED that if, within fourteen (14) days of entry of this order, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

IT IS FURTHER ORDERED that all debts due and owing creditors as of this date are NOT DISCHARGED or affected in any manner by this Order.

THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.

###END OF ORDER###

APPROVED:

/s/ Pam Bassel
Pam Bassel, Trustee