United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-44673-elm |
| Arthur Ray Benner | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 22, 2026 | Form ID: pdf022 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur Ray Benner, Sr, 7728 Marble Canyon Dr, Fort Worth, TX 76137-4156 |
| 23279788 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 23080573 | + | Carpenter & Associates, PC, 7920 Beltline Road - Ste. 1100, Dallas, TX 75254-8100 |
| 23080574 | + | Credit Union of Texas, 6911 N McArthur Blvd, Irving, TX 75039-2464 |
| 23080576 | + | Legacy Concepts, a Nonprofit Organization, 891 Abrams Rd., Richardson, TX 75081-5035 |
| 23280527 | + | MCMC Auto, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-1849 |
| 23080575 | + | R.E, Gooding, Trustee, 228 N Walnut, Clarksville, TX 75426-3037 |
| 23080577 | + | The Moore Law Firm, J. Stephen Walker, 100 N Main Street, Paris, TX 75460-4222 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23080436 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2026 22:31:57 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23098710 | + | Email/Text: bankruptcy@cutx.org | May 22 2026 22:30:00 | Credit Union of Texas, PO BOX 7000, Allen TX 75013-1305 |
| 23327595 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2026 22:30:00 | Internal Revenue Service, Centralized Insolvency Office, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 23134076 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 22 2026 22:30:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 23083579 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2026 22:31:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23136239 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2026 22:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 23090746 | | Email/Text: bnc-quantum@quantum3group.com | May 22 2026 22:30:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 23145317 | + | Email/Text: dallas.bankruptcy@LGBS.com | May 22 2026 22:30:00 | Red River CAD, Linebarger Goggan Blair & Sampson, LLP, c/o Camille Stecker, 3500 Maple Avenue, Suite 800, DALLAS, TX 75219-3959 |
| 23082525 | | Email/PDF: ebn_ais@aisinfo.com | May 22 2026 22:32:03 | Texas Health Resources, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0539-4        User: admin        Page 2 of 2

Date Rcvd: May 22, 2026        Form ID: pdf022        Total Noticed: 17

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Camille Stecker | on behalf of Creditor RED RIVER CAD Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Clayton Everett | on behalf of Creditor Legacy Concepts clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| H. Dustin Fillmore, IV | on behalf of Creditor Credit Union of Texas hdf@mcdonaldlaw.com |
| Pam Bassel | fwch13cmecf@fwch13.com |
| Pam Bassel | on behalf of Trustee Pam Bassel fwch13cmecf@fwch13.com |
| Sean P. Acker | on behalf of Debtor Arthur Ray Benner  Sr sean@ackerwarren.com, ecf@ackerwarren.com;brandon@ackerwarren.com;AckerWarren@jubileebk.net |
| Stephen Wilcox | on behalf of Creditor MCMC Auto kraudry@wilcoxlaw.net swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 8



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 22, 2026**

_____
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                                CASE NO.: 25-44673-ELM-13

ARTHUR RAY BENNER SR
7728 MARBLE CANYON DR
FORT WORTH, TX 76137
SSN/TIN: XXX-XX-3347
AKA: ART BENNER

DEBTOR

## ORDER GRANTING TRUSTEE'S NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL

CAME ON for consideration TRUSTEE'S NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL FOR FAILURE TO:

- serve a plan on all scheduled creditors.

The Court FINDS notice was appropriate under the circumstances. The Court is of the opinion that the Motion should be GRANTED based on:

the Party's failure to file a timely response.

IT IS THEREFORE ORDERED that TRUSTEE'S NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL is GRANTED.

IT IS FURTHER ORDERED that this case is DISMISSED without prejudice under the Standing Order Concerning All Chapter 13 Cases.

IT IS FURTHER ORDERED that if, within fourteen (14) days of entry of this order, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

IT IS FURTHER ORDERED that all debts due and owing creditors as of this date are NOT DISCHARGED or affected in any manner by this Order.

THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.

###END OF ORDER###

APPROVED:

/s/ Pam Bassel
Pam Bassel, Trustee