Acker Warren, P.C.
Sean Acker
Brandon Warren
Attorneys at Law
2205 W. Division St., Ste A-2
Arlington, TX 76012
(817) 752-9033 Telephone
sean@ackerwarren.com
brandon@ackerwarren.com
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-44673-ELM-13 |
| ARTHUR RAY BENNER, SR | § | |
| xxx-xx-3347 | § | |
| | § | |
| 7728 Marble Canyon Dr. | § | |
| Fort Worth, TX 76137 | § | |
| | § | |
| | § | CHAPTER 13 |
| DEBTOR | § | |

MOTION TO VACATE DISMISSAL ORDER
REOPEN CASE AND REINSTATE AUTOMATIC STAY

TO THE HONORABLE EDWARD MORRIS, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, ARTHUR RAY BENNER, SR, Debtor(s) in the above styled and numbered case, and file this Motion to Vacate Dismissal Order, Reopen Case and Reinstate Automatic Stay, and in support hereof, the Debtor(s) would respectfully show the Court as follows:

I.

This Court has jurisdiction over this matter pursuant to Fed. R. Bankr. P. 9024 which incorporates Fed. R. Civ. P. 60(b). This is a core proceeding.

II.

Debtor filed a voluntary petition for protection under Chapter 13 of Title 11 of the United

States Bankruptcy Code on 12/1/2025.

.

### III.

Pam Bassel is the Chapter 13 Trustee in this case.

### IV.

On or about May 22, 2022, the Court entered an order dismissing this case for failing to serve the Chapter 13 Plan upon all parties listed on the schedules

Due to an oversight by Counsel the Certificate of Service on the plan was incorrect. Counsel uses one system to generate the Chapter 13 Plan including the Certificate of Service. After the bar date, Counsel typically deselects those creditors who have not filed claims from his system, that removed them from the Certificate of Service generated on the Plan. A separate system that contains a listing of all claims is used to generate envelopes for the Plan Service.

To ensure proper service, counsel for Debtor is re-serving the Plan on May 27, 2026. A certificate of Service will be filed stating the same.

### V.

Debtor seeks the Court to vacate The Order of Dismissal and to reinstate this case to allow the Debtor to obtain a discharge under Chapter 13.

### VI.

The reinstatement of this case will not prejudice the creditors and would be in the best interest of the Debtor and for the Debtors' estate.

**WHEREFORE, PREMISES CONSIDERED**, Debtor prays that after notice and hearing, this Court enters an Order setting aside the Order of Dismissal, and further, that the Court reinstate this case, and for such other and further relief, the Court deems Debtor justly entitled.

Respectfully submitted,
/s/Sean Acker
Acker Warren, P.C.
Sean Acker
SBN: 24069273
Brandon Warren
SBN: 24095007
Attorneys at Law
2205 W. Division St., Ste A-2
Arlington, TX 76012
Tel: (817) 752-9033
sean@ackerwarren.com
brandon@ackerwarren.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that on this the 22nd day of May, 2026, I emailed Ethan Cartwright, Staff Attorney for the Pam Bassel, Chapter 13 Trustee, Counsel has not received a response to his email conferencing the matter.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Reinstate  Case was this the 22nd day of May, 2026, forwarded to all parties-in-interest by electronic case filing (ecf), if available, and if ecf is not available, via First Class U.S. Postal Service, postage pre-paid.

/s/    Sean Acker
SEAN ACKER
BRANDON WARREN

Capital One Bank
1680 Capital One Dr.
Mc Lean, VA 22102

Capital One Bank
1680 Capital One Dr.
Mc Lean, VA 22102

Carpenter and Associates PC
7920 Beltline Rd. 1100
Dallas, TX 75254

Comenity
Bank/LaneBryant Cc
ComenityBank,
Bankruptcy Department
PO Box 182125
Columbus,OH
43218-2125

Comenity Capital/Academy
Attn: Bankruptcy
PO Box 183003
Columbus, OH 43218

Concora Credit
Po Box 23039
Columbus,GA
31902-3039

Concora Credit
Po Box 23039
Columbus, GA 31902-3039

Credit One Bank
Po 98873
Las Vegas, NV 89193

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Credit Union of Texas
PO Box 7000
Allen, TX 75013

Credit Union of Texas
PO Box 7000
Allen, TX 75013

Cu of Tx
Attn: Banktuptcy
900 W Bethany Dr.,
Suite 500
Allen, TX 75013

Jefferson Capital Systems, LLC
PO BOX 7999
SAINTCLOUD, MN 56302-9617

JPMorgan Chase Bank ,
N.A.
s/b/m/tChase Bank USA,
N.A.
c/o National Bankruptcy
Services, LLC
PO Box 9013
Addison,TX
75001

Legacy Concepts
891 Abrams Rd.
Richardson, TX 75081

LVNV Funding
ResurgentCapital
Services
PO Box 10587
Greenville, SC 29603

LVNV Funding LLC

LVNV Funding, LLC

Resurgent Capital Serivces
PO Box 10587
Greenville, SC 29603

ResurgentCapital
Services
PO Box 10587
Greenville, SC 29603

McMc Auto
Attn: Bankruptcy
264 Exchange Street
Burlson, TX 76028

MidlandCredit
Management, Inc.
PO Box 2037
Warren, MI 48090

Quantum3 Group LLC as agent for
Bureaus Investment Group Portfolio No 15
PO Box 788
Kirkland, WA 98083

Red River CAD
Linebarger Goggan
c/o Camille Stecker
3500   Maple   Avenue
Suite 800
DALLAS,TX
75219

Synchrony Bank/Amazon
PO Box 965060
Orlando, FL 32896

SynchronyBank/Care
Credit
Attn:   Bankruptcy Dept
PO Box 965064
Orlando, FL 32896

Synchrony Bank/JCPenney
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Texas Child Support
PO Box 12017
Austin, TX 78711

Texas Health Resources
By AIS Info Source LP
As agent
PO Box 4457
Houston, TX 77210

Wells Fargo Bank NA
1 Home Campus MAC X2303-01A
3rd Floor
Des Moines, IA 50328

Wells Fargo/Dillards
Attn: Bankruptcy
PO Box 10438 MAC
F8235-02F
Des Moines, IA 50306