Acker Warren, P.C.
Sean Acker
Brandon Warren
Attorneys at Law
2205 W. Divsion St., Ste A-2
Arlington, TX 76012
(817) 752-9033 Telephone
sean@ackerwarren.com
brandon@ackerwarren.com
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-44673-elm-13 |
| | § | |
| ARTHUR RAY BENNER, SR | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

CERTIFICATE OF SERVICE

**TO THE HONORABLE HONORABLE EDWARD MORRIS UNITED STATES BANKRUPTCY JUDGE:**

On this the 27th day of May, 2026 a true and correct copy of the Debtor's Amended Chapter 13 Plan was served on all parties in interest.

Respectfully submitted,
/s/Sean Acker
Acker Warren, P.C.
Sean Acker
SBN: 24069273
Brandon Warren
SBN: 24095007
Attorneys at Law
2205 W. Division St., Ste A-2
Arlington, TX 76012
Tel: (817) 752-9033
sean@ackerwarren.com
brandon@ackerwarren.com

Certificate of Service served to the following creditor(s):

Capital One Bank
1680 Capital One Dr.
Mc Lean, VA 22102

Capital One Bank
1680 Capital One Dr.
Mc Lean, VA 22102

Carpenter and Associates PC
7920 Beltline Rd. 1100
Dallas, TX 75254

Comenity Bank/Lane Bryant
Cc
Comenity Bank, Bankruptcy
Department
PO Box 182125
Columbus, OH 43218-2125

Comenity Capital/Academy
Attn: Bankruptcy
PO Box 183003
Columbus, OH 43218

Concora Credit
Po Box 23039
Columbus, GA 31902-3039

Concora Credit
Po Box 23039
Columbus, GA 31902-3039

Credit One Bank
Po 98873
Las Vegas, NV 89193

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Credit Union of Texas
PO Box 7000
Allen, TX 75013

Credit Union of Texas
PO Box 7000
Allen, TX 75013

Cu of Tx
Attn: Banktuptcy
900 W Bethany Dr., Suite 500
Allen, TX 75013

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

JPMorgan Chase Bank , N.A.
s/b/m/t Chase Bank USA,
N.A.
c/o National Bankruptcy
Services, LLC
PO Box 9013
Addison, TX
75001

Legacy Concepts
891 Abrams Rd.
Richardson, TX 75081

LVNV Funding
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

LVNV Funding LLC
Resurgent Capital Serivces
PO Box 10587
Greenville, SC 29603

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

McMc Auto
Attn: Bankruptcy
264 Exchange Street
Burlson, TX 76028

Midland Credit
Management, Inc.
PO Box 2037
Warren, MI 48090

Quantum3 Group LLC as agent for
Bureaus Investment Group Portfolio No 15
PO Box 788
Kirkland, WA 98083

Red River CAD
Linebarger Goggan
c/o Camille Stecker
3500 Maple Avenue Suite
800
DALLAS, TX
75219

Synchrony Bank/Amazon
PO Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
PO Box 965064
Orlando, FL 32896

Synchrony Bank/JCPenney
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Texas Child Support
PO Box 12017
Austin, TX 78711

Texas Health Resources
By AIS Info Source LP As
agent
PO Box 4457
Houston, TX 77210

Wells Fargo Bank NA
1 Home Campus MAC X2303-01A
3rd Floor
Des Moines, IA 50328

Wells Fargo/Dillards
Attn: Bankruptcy
PO Box 10438 MAC
F8235-02F
Des Moines, IA 50306