Acker Warren, P.C.
Sean Acker
Brandon Warren
Attorneys at Law
2205 W. Division St., Ste A-2
Arlington, TX 76012
(817) 752-9033 Telephone
(817) 717-2083 Facsimile
sean@ackerwarren.com
brandon@ackerwarren.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-44673-elm-13 |
| | § | |
| ARTHUR RAY BENNER, SR | § | |
| DEBTOR(S) | § | Hearing:  7/2/2026 |
| | § | Time:   8:30 a.m. |
| | § | |

NOTICE OF HEARING

TO ALL PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE, that a  hearing on the  Debtor's Motion to Vacate Dismissal Order and Reinstate filed by ARTHUR RAY BENNER, SR ("Debtor") is scheduled for 7/2/2026 at 8:30 a.m. in front of the Honorable Judge Edward L. Morris, United States Bankruptcy Judge. The hearing will be conducted by WebEx conference only at https://us-courts.webex.com/meet/morris. Webex instructions may be obtained at:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0

A Creditor or party in interest is not required to attend unless the creditor or party in interest has an objection to the Motion.  If no objection to the Motion is filed before the above date the Court may grant the relief sought.

Respectfully submitted,
/s/Sean Acker
Acker Warren, P.C.
Sean Acker
SBN: 24069273
Brandon Warren
SBN: 24095007

Attorneys at Law
2205 W. Division St., Ste A-2
Arlington, TX 76012
Tel: (817) 752-9033
Fax: (817) 717-2083
sean@ackerwarren.com
brandon@ackerwarren.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Hearing was this the 28th day of May, 2026, forwarded to all parties-in-interest listed on the Debtor's mailing matrix by electronic means if available, and if not available, by First Class U.S. Mail.

/s/  Sean Acker
SEAN ACKER
BRANDON WARREN

| | |
|---|---|
| Capital One Bank<br>1680 Capital One Dr.<br>Mc Lean, VA 22102 | Capital One Bank<br>1680 Capital One Dr.<br>Mc Lean, VA 22102 |
| Carpenter and Associates PC<br>7920 Beltline Rd. 1100<br>Dallas, TX 75254 | Comenity Bank/Lane Bryant<br>Cc<br>Comenity Bank, Bankruptcy<br>Department<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Capital/Academy<br>Attn: Bankruptcy<br>PO Box 183003<br>Columbus, OH 43218 | Concora Credit<br>Po Box 23039<br>Columbus, GA 31902-3039 |
| Concora Credit<br>Po Box 23039<br>Columbus, GA 31902-3039 | Credit One Bank<br>Po 98873<br>Las Vegas, NV 89193 |

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Credit Union of Texas
PO Box 7000
Allen, TX 75013

Credit Union of Texas
PO Box 7000
Allen, TX 75013

Cu of Tx
Attn: Banktuptcy
900 W Bethany Dr., Suite 500
Allen, TX 75013

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

JPMorgan Chase Bank , N.A.
s/b/m/t Chase Bank USA,
N.A.
c/o National Bankruptcy
Services, LLC
PO Box 9013
Addison, TX
75001

Legacy Concepts
891 Abrams Rd.
Richardson, TX 75081

LVNV Funding
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

LVNV Funding LLC
Resurgent Capital Serivces
PO Box 10587
Greenville, SC 29603

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

McMc Auto
Attn: Bankruptcy
264 Exchange Street
Burlson, TX 76028

Midland Credit
Management, Inc.
PO Box 2037
Warren, MI 48090

Quantum3 Group LLC as agent for
Bureaus Investment Group Portfolio No 15
PO Box 788
Kirkland, WA 98083

Red River CAD
Linebarger Goggan
c/o Camille Stecker
3500 Maple Avenue Suite
800
DALLAS, TX
75219

Synchrony Bank/Amazon
PO Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn:  Bankruptcy Dept
PO Box 965064
Orlando, FL 32896

Synchrony Bank/JCPenney
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Texas Child Support
PO Box 12017
Austin, TX 78711

Texas Health Resources
By AIS Info Source LP As
agent
PO Box 4457
Houston, TX 77210

Wells Fargo Bank NA
1 Home Campus MAC X2303-01A
3rd Floor
Des Moines, IA 50328

Wells Fargo/Dillards
Attn: Bankruptcy
PO Box 10438 MAC
F8235-02F
Des Moines, IA 50306