

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 6, 2026**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.** |
| | § | |
| **Arthur Ray Benner, Sr** | § | **25-44673-ELM-13** |
| | § | |
| **DEBTOR(S)** | § | |

### AGREED ORDER VACATING DISMISSAL ORDER

     **CAME** on this day for consideration, the Debtor's Motion to Vacate Dismissal Order   filed in the above styled and numbered case, and the Court having reviewed the pleadings and evidence on file herein, and finding that all of the case deficiencies have been cured, the Court is of the opinion that the same is well taken; therefore,

     **IT IS ORDERED**, that the above styled and numbered case is hereby reinstated and the prior order of dismissal is vacated.

# # # END OF ORDER # # #

Acker Warren, P.C.
Sean Acker
2205 W. Division St., Ste A-2
Arlington, TX 76012
817-752-9033

Agreed:

/s/ Sean Acker                                    /s/ Ethan Cartwright
Debtor Attorney                                   Staff Attorney for Pam Bassel Trustee