Pam Bassel
CHAPTER 13 STANDING TRUSTEE
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**                                                                    **CASE NO.: 25-44673-ELM-13**

**ARTHUR RAY BENNER SR**
   AKA: ART BENNER
   7728 MARBLE CANYON DR
   FORT WORTH, TX 76137
   SSN/TIN: XXX-XX-3347

**DEBTOR**                                                    **Hearing Date:** 08/06/2026 at 8:30 am

### NOTICE OF CONTINUED HEARING ON MOTION TO DISMISS-FAILURE TO CONFIRM

A hearing was previously scheduled in this matter and has been continued. Notice is hereby given that the hearing will be continued to August 6, 2026   8:30 am.

Dated: July 07, 2026                                   /s/ Pam Bassel _____

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the: Debtor; Debtor's attorney; the Office of the United States Trustee for the Northern District of Texas and all parties who requested notice, on the same date it was filed.

/s/ Pam Bassel _____
Pam Bassel, Chapter 13 Trustee
State Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

ARTHUR RAY BENNER SR
7728 MARBLE CANYON DR
FORT WORTH, TX 76137