United States Bankruptcy Court

Northern District of Texas

In re:                                                                                    Case No. 25-44673-elm

Arthur Ray Benner                                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                          User: admin                                 Page 1 of 2

Date Rcvd: Jul 06, 2026                       Form ID: pdf013                              Total Noticed: 19

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur Ray Benner, Sr, 7728 Marble Canyon Dr, Fort Worth, TX 76137-4156 |
| 23279788 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 23080573 | + | Carpenter & Associates, PC, 7920 Beltline Road - Ste. 1100, Dallas, TX 75254-8100 |
| 23080574 | + | Credit Union of Texas, 6911 N McArthur Blvd, Irving, TX 75039-2464 |
| 23080576 | + | Legacy Concepts, a Nonprofit Organization, 891 Abrams Rd., Richardson, TX 75081-5035 |
| 23280527 | + | MCMC Auto, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-4727 |
| 23080575 | + | R.E, Gooding, Trustee, 228 N Walnut, Clarksville, TX 75426-3037 |
| 23080577 | + | The Moore Law Firm, J. Stephen Walker, 100 N Main Street, Paris, TX 75460-4222 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 00:13:41 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 07 2026 00:09:00 | RED RIVER CAD, C/O Camille Stecker, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| 23080436 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 00:13:41 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23098710 | + | Email/Text: bankruptcy@cutx.org | Jul 07 2026 00:09:00 | Credit Union of Texas, PO BOX 7000, Allen TX 75013-1305 |
| 23327595 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 07 2026 00:09:00 | Internal Revenue Service, Centralized Insolvency Office, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 23134076 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 07 2026 00:09:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 23083579 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 00:13:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23136239 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2026 00:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 23090746 | | Email/Text: bnc-quantum@quantum3group.com | Jul 07 2026 00:09:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 23145317 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 07 2026 00:09:00 | Red River CAD, Linebarger Goggan Blair & Sampson, LLP, c/o Camille Stecker, 3500 Maple Avenue, Suite 800, DALLAS, TX 75219-3959 |
| 23082525 | | Email/PDF: ebn_ais@aisinfo.com | Jul 07 2026 00:13:42 | Texas Health Resources, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 11

District/off: 0539-4 — User: admin — Page 2 of 2

Date Rcvd: Jul 06, 2026 — Form ID: pdf013 — Total Noticed: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Credit Union of Texas, PO Box 7000, Allen, TX 75013-1305 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Camille Stecker | on behalf of Creditor RED RIVER CAD Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Clayton Everett | on behalf of Creditor Legacy Concepts clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| H. Dustin Fillmore, IV | on behalf of Creditor Credit Union of Texas hdf@mcdonaldlaw.com |
| Pam Bassel | fwch13cmecf@fwch13.com |
| Pam Bassel | on behalf of Trustee Pam Bassel fwch13cmecf@fwch13.com |
| Sean P. Acker | on behalf of Debtor Arthur Ray Benner  Sr sean@ackerwarren.com, ecf@ackerwarren.com;brandon@ackerwarren.com;AckerWarren@jubileebk.net |
| Stephen Wilcox | on behalf of Creditor MCMC Auto kraudry@wilcoxlaw.net swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 8



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**



**Signed July 6, 2026**

_____
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IN RE: | § | CASE NO. |
| | § | |
| Arthur Ray Benner, Sr | § | 25-44673-ELM-13 |
| | § | |
| DEBTOR(S) | § | |

### AGREED ORDER VACATING DISMISSAL ORDER

　　**CAME** on this day for consideration, the Debtor's Motion to Vacate Dismissal Order   filed in the above styled and numbered case, and the Court having reviewed the pleadings and evidence on file herein, and finding that all of the case deficiencies have been cured, the Court is of the opinion that the same is well taken; therefore,

　　**IT IS ORDERED**, that the above styled and numbered case is hereby reinstated and the prior order of dismissal is vacated.

### # # # END OF ORDER # # #

Acker Warren, P.C.
Sean Acker
2205 W. Division St., Ste A-2
Arlington, TX 76012
817-752-9033

Agreed:

/s/ Sean Acker                                    /s/ Ethan Cartwright
Debtor Attorney                                   Staff Attorney for Pam Bassel Trustee