Russell A. Devenport
Texas Bar No. 24007109
H. Dustin Fillmore IV
Texas Bar No. 24105858
MCDONALD SANDERS, P.C.
777 Main Street, Suite 2700
Fort Worth, Texas 76102
Telephone:        (817) 336-8651
Facsimile:        (817) 334-0271

ATTORNEYS FOR CREDIT UNION OF TEXAS

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-44673 |
| | § | |
| ARTHUR RAY BENNER, SR. | § | CHAPTER 13 |
| | § | |
| DEBTOR. | § | |

### NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF
### DEBTOR'S AMENDED CHAPTER 13 PLAN

NOW COMES Credit Union of Texas ("Creditor"), a secured creditor in the above-entitled and numbered bankruptcy proceeding, and files this Notice of Withdrawal of Creditor's Objection to Confirmation of Debtor's Amended Chapter 13 Plan filed May 1, 2026 (ECF #89).

Dated: July 28, 2026

Respectfully submitted,

*/s/ H. Dustin Fillmore IV*
Russell A. Devenport
Texas Bar No. 24007109
H. Dustin Fillmore IV
Texas Bar No. 24105858

McDONALD SANDERS, P.C.
777 Main Street, Suite 2700
Fort Worth, Texas 76102
(817) 336-8651 telephone
(817) 334-0271 facsimile
rad@mcdonaldlaw.com
hdf@mcdonaldlaw.com

ATTORNEYS FOR
CREDIT UNION OF TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all parties in interest below by first class mail or electronic notice and upon any others requesting and receiving notice through the ECF system.

/s/ H. Dustin Fillmore IV
H. Dustin Fillmore IV

**DEBTOR (via First Class Mail)**
Arthur Ray Benner, Sr.
7728 Marble Canyon Dr
Fort Worth, TX 76137

**DEBTOR'S COUNSEL (via Electronic Notice)**
Sean Acker
Acker Warren, P.C.
2205 W. Division St., Suite A-2
Arlington, TX 76012

**CHAPTER 13 TRUSTEE (via Electronic Notice)**
Pam Bassel
Office of the Standing Chapter 13 Trustee
860 Airport Freeway, Suite 150
Hurst, Texas 76054