Acker Warren, P.C.
Sean Acker
Brandon Warren
Attorneys at Law
2205 W. Division St., Ste A-2
Arlington, TX 76012
(817) 752-9033 Telephone
(817) 717-2083 Facsimile
sean@ackerwarren.com
brandon@ackerwarren.com
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | 25-44673-ELM-13 |
| | § | |
| ARTHUR RAY BENNER, SR | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## RESPONSE TO TRUSTEE'S 14 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL

1.      Debtor denies the allegations set forth in Trustee's Motion.  Debtor believes the Plan has been served upon all of his creditors.

WHEREFORE PREMISES CONSIDERED, Debtor prays the Court to deny all relief requested by Movant, and for such other and further relief the Court may deem Debtor justly entitled.

Respectfully submitted,
/s/Sean Acker
Acker Warren, P.C.
Sean Acker
SBN: 24069273
Brandon Warren
SBN: 24095007
Attorneys at Law
2205 W. Division St., Ste A-2
Arlington, TX 76012
Tel: (817) 752-9033
Fax: (817) 717-2083
sean@ackerwarren.com
brandon@ackerwarren.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing response was served on the interested parties by electronic means, if available, and if not available, by First Class Mail, postage prepaid on this the 30th day of July, 2026.

<u>/s/   Sean Acker</u>
Brandon Warren
Sean Acker