# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

IN RE:                                        §
                                              §        25-44673-ELM-13
ARTHUR RAY BENNER, SR                         §
                                              §        CHAPTER 13
        Debtor(s)                             §

## CERTIFICATE FOR DOMESTIC SUPPORT OBLIGATION

1.  "My name is ARTHUR RAY BENNER, SR.  I am the Debtor in case number
25-44673-ELM-13.

2.  I hereby certify that I am current on my domestic support obligations since I filed my
Bankruptcy Case on

_____
ARTHUR RAY BENNER, SR

Sworn to before me on this the ___31st___ day of _____July_____, 2026.

_____
Notary Public in and for the State
of Texas

Commission Expires: __7-8-2029__



CERGIO GALINDO
Notary Public, State of Texas
Comm. Expires 07-08-2029
Notary ID 135522820