Acker Warren, P.C.
Sean Acker
Brandon Warren
Attorneys at Law
2205 W. Divsion St., Ste A-2
Arlington, TX 76012
(817) 752-9033 Telephone
sean@ackerwarren.com
brandon@ackerwarren.com
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-44673-elm-13 |
| | § | |
| ARTHUR RAY BENNER, SR | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

CERTIFICATE OF SERVICE

On  the 29th day of April, 2026 a true and correct copy of the Debtor's Amended Chapter 13 Plan was served on Clayton Everett on behalf of Legacy Concepts and Stephen Wilcox on behalf of MCMC Auto, via the Court's ECF system.  On this the 4th day of August, 2026 a true and correct copy of the Debtor's Amended Chapter 13 Plan was served on  Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept APS, Oklahoma City, OK 73118, Legacy Concepts 1018 Creekwood Dr., Garland, TX 75044, and Wilcox Law PLLC PO Box 201849 Arlington, TX 76006.

Respectfully submitted,,
/s/Sean Acker
Acker Warren, P.C.
Sean Acker
SBN: 24069273
Brandon Warren
SBN: 24095007
Attorneys at Law
2205 W. Division St., Ste A-2
Arlington, TX 76012

Tel: (817) 752-9033
sean@ackerwarren.com
brandon@ackerwarren.com

Served upon the following creditors.

Ally Bank
c/o AIS Portfolio Services, LLC,
4515 N. Santa Fe Ave. Dept APS,
Oklahoma City, OK 73118,

Legacy Concepts
1018 Creekwood Dr.,
Garland, TX 75044,

Wilcox Law PLLC
PO Box 201849
Arlington, TX 76006.