PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                                  CASE NO.:  25-44673-ELM-13

**ARTHUR RAY BENNER SR**
        AKA: ART BENNER
        7728 MARBLE CANYON DR
        FORT WORTH, TX 76137
        SSN/TIN: XXX-XX-3347

**DEBTOR**                                            **HEARING: SEPTEMBER  3, 2026 at 8:30 AM**

**NOTICE OF CONTINUED HEARING ON MOTION TO DISMISS**

A previously scheduled hearing for this matter has been continued.

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
        Ethan S. Cartwright, Staff Attorney
        Bar No. 24068273
        PAM BASSEL STANDING CHAPTER 13 TRUSTEE
        Bar No. 01344800
        860 Airport Freeway, Ste 150
        Hurst, TX 76054
        (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the  Debtor and the parties listed below, if any.

By:    /s/ Ethan S. Cartwright
        Ethan S. Cartwright

ARTHUR RAY BENNER SR
7728 MARBLE CANYON DR
FORT WORTH, TX 76137