**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:** **CASE NO.: 25-44673-ELM-13**

**ARTHUR RAY BENNER SR**
7728 MARBLE CANYON DR
FORT WORTH, TX 76137
SSN/TIN: XXX-XX-3347

**DEBTOR** **HEARING: NOVEMBER 5, 2026 AT 8:30 AM**

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us−courts.webex.com/meet/morris

**Attend by WebEx Telephone**:

Dial In: 1.650.479.3207
Meeting ID: 2309-445-3213

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Notice of Hearing and Trustee's Recommendation Concerning Claims and Plan Modification if Required was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

DEBTOR: Arthur Ray Benner Sr, 7728 Marble Canyon Dr, Fort Worth, TX 76137
ATTORNEY: ACKER WARREN PC, PO Box 171327, ARLINGTON, TX 76003

CREDITORS:

ACKER WARREN PC, PO Box 171327, ARLINGTON, TX 76003-0000
Ally Bank, AIS Portfolio Services LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118
BRICKHOUSE OPCO I LLC, 4053 MAPLE RD STE 122, AMHERST, NY 14226
CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130
Carpenter AND Associates PC, 7920 Beltline Road Ste 1100, Dallas, TX 75254
COMENITY BANK, PO BOX 182125, COLUMBUS, OH 43218-0000
Concora Credit, PO Box 4477, Beaverton, OR 97076
Credit One Bank, Attn Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193
Credit Union of Texas, 6911 N McArthur Blvd, Irving, TX 75039
CREDIT UNION OF TEXAS, PO BOX 7000, ALLEN, TX 75013-0000
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101
JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-0000
JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 772813, CHICAGO, IL 60677-0000
JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE, LA 71203
Legacy Concepts, c/o George Hancock, 1018 Creekwood Dr, Garland, TX 75044-0000
Legacy Concepts a Nonprofit Organization, 891 Abrams Rd, Richardson, TX 75081
LINEBARGER GOGGAN BLAIR AND SAMPSON, 3500 Maple Ave Ste 800, DALLAS, TX 75219-0000
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603
MCMC Auto, 1301 E Weatherford St Suite 151, Fort Worth, TX 76102
Midland Credit Management Inc, PO Box 2037, Warren, MI 48090
OFFICE OF THE ATTORNEY GENERAL, FIELD OPERATIONS MAIL CODE 038, PO BOX 12400, AUSTIN, TX 78711
PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000
QUANTUM3 GROUP LLC, PO BOX 788, KIRKLAND, WA 98083
QUANTUM3 GROUP LLC, PO BOX 2489, KIRKLAND, WA 98083
RE Gooding Trustee, 228 N Walnut, Clarksville, TX 75426
RED RIVER CAD, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 Maple Ave Ste 800, DALLAS, TX 75219-0000
RICK D BARNES TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 3500 Maple Ave Ste 800, DALLAS, TX 75219-000
SYNCHRONY BANK, PO BOX 965060, ***BAD ADDRESS***, ORLANDO, FL 32896-0000***
TEXAS CHILD SUPPORT, DISBURSEMENT UNIT, PO BOX 659791, SAN ANTONIO, TX 78265
Texas Health Resources, By American InfoSource as agent, 4515 N Santa FE Ave, Oklahoma City, OK 73118-0000
Texas Health Resources by AIS InfoSource LP, PO Box 661380, Dallas, TX 75266
The Moore Law Firm, J Stephen Walker, 100 N Main Street, Paris, TX 75460
WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A 3RD FLR, DES MOINES, IA 50328-0000
WILCOX LAW PLLC, PO BOX 201849, ARLINGTON, TX 76006-0000

***Address on record invalid for recipient -- no document mailed to this party.

**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:** **CASE NO.: 25-44673-ELM-13**

**ARTHUR RAY BENNER SR**
7728 MARBLE CANYON DR
FORT WORTH, TX 76137
SSN/TIN: XXX-XX-3347

**DEBTOR** **HEARING: NOVEMBER 5, 2026 AT 8:30 AM**

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

The Trustee files the following Recommendation Concerning Claims and Plan Modification (If Required) and would show the Court the following:

## I. TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS NOT FILED

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. **Therefore, these creditors will not receive disbursements from the Trustee:**

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 20 | CAPITAL ONE | UNSECURED | $0.00 |
| 21 | CAPITAL ONE | UNSECURED | $500.00 |
| 4 | CARPENTER AND ASSOCIATES PC | UNSECURED | $19,206.90 |
| 22 | COMENITY BANK | UNSECURED | $0.00 |
| 23 | COMENITY BANK | UNSECURED | $0.00 |
| 24 | CONCORA CREDIT | UNSECURED | $0.00 |
| 25 | CONCORA CREDIT | UNSECURED | $0.00 |
| 26 | CREDIT ONE BANK | UNSECURED | $1,700.00 |
| 27 | CREDIT ONE BANK | UNSECURED | $2,400.00 |
| 8 | CREDIT UNION OF TEXAS | UNSECURED | $0.00 |
| 15 | CREDIT UNION OF TEXAS | SECURED | $24,895.69 |
| 13 | JPMORGAN CHASE BANK N A | UNSECURED | $6,200.00 |
| 19 | MCMC AUTO | VEHICLE | $13,370.00 |
| 11 | SYNCHRONY BANK | UNSECURED | $4,500.00 |
| 29 | SYNCHRONY BANK | UNSECURED | $0.00 |

(cont'd.)

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 30 | SYNCHRONY BANK | UNSECURED | $0.00 |
| 31 | SYNCHRONY BANK | UNSECURED | $0.00 |
| 18 | TEXAS CHILD SUPPORT | DSO | $0.00 |
| 32 | WELLS FARGO BANK NA | UNSECURED | $0.00 |
| 33 | WELLS FARGO BANK NA | UNSECURED | $0.00 |

## II. TRUSTEE'S RECOMMENDATIONS CONCERNING FILED CLAIMS

UNLESS AN OBJECTION IS TIMELY FILED AS TO THE AMOUNT OR CLASSIFICATION OF ANY CLAIM LISTED BELOW, THAT CLAIM WILL BE PAID AS DESCRIBED HEREIN AND SUCH AMOUNT AND CLASSIFICATION WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT. ALL ALLOWED SECURED CLAIMS WHICH WERE UNTIMELY FILED WILL BE PAID AS IF TIMELY FILED, PURSUANT TO THE ORDER OF PAYMENT STATED IN THE CHAPTER 13 PLAN, UNLESS THE COURT ORDERS OTHERWISE FOLLOWING A TIMELY OBJECTION TO THIS TRCC. (NOTE: Value of collateral, treatment under the Plan and interest rate were determined at Confirmation. "Interest Rate" and "Treatment" are shown below for information only.)

| CLAIM# | SECURED 1325(a)(9) CRD | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 8 | LEGACY CONCEPTS | 24.01 ACRES OF LAND | $86,930.91 | 7.75% | PER MO-TR |

| CLAIM# | SECURED CREDITORS | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 6 | CREDIT UNION OF TEXAS | 2019 CHEVROLET SILVERADO | $31,550.00 | 6.99% | PER MO-TR |
| 11 | RED RIVER CAD | 24.01 ACRES FM 1159/25 | $37.55 | 12.00% | PRO RATA-TR |

| CLAIM# | PRIORITY | CLAIM | TREATMENT |
|---|---|---|---|
| 13 | INTERNAL REVENUE SERVICE | $19,847.70 | PRO RATA-TR |

| CLAIM# | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 3 | LVNV FUNDING LLC | $1,431.00 | CREDIT ONE BANK |
| 10 | MIDLAND CREDIT MANAGEMENT INC | $2,083.61 | CREDIT ONE BANK |
| 2 | LVNV FUNDING LLC | $830.20 | CAPITAL ONE |
| 5 | QUANTUM3 GROUP LLC | $716.20 | CALBELAS |
| 4 | LVNV FUNDING LLC | $288.32 | CAPITAL ONE NA |
| 1 | TEXAS HEALTH RESOURCES BY AIS INF | $1,739.59 | TX HLTH HEB |
| 7 | CREDIT UNION OF TEXAS | $24,895.69 | SPLIT PORTION OF CLM ID 15 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC | $14,261.38 | ALLY BANK |
| 13 | INTERNAL REVENUE SERVICE | $33,393.36 | TAXES/20-21 |
| 6 | CREDIT UNION OF TEXAS | $7,467.71 | Split Claim 2019 CHEVROLET SILVERADO |

| CLAIM# | LATE FILED / DISALLOWED | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 12 | BRICKHOUSE OPCO I LLC | HOME DEPOT/FORTIVA/ORDER DISALLOWED | $1,177.26 | 0.00% | DISALLOWED |

## III. PLAN MODIFICATION

**Modification Details**

The following changes will be made to Debtor Payments, Plan Base and/or Plan Term for the reason(s) specified below:

Payments $250 x 2, $2,835 x 8, $5,782 x 1 then beginning 11/30/2026 at $2,864 x 49 for plan base of $169,298 in 60 months.

**Reason(s) for Modification:**

To make the plan sufficient.

Provide for priority claim filed by IRS.

Respectfully submitted,

By: /s/ Ethan S. Cartwright

Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone